# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 1:16-cv-25266-ALTONAGA/O'SULLIVAN

WELLS FARGO BANK, N.A. and
WELLS FARGO ADVISORS, LLC,

    Plaintiffs,

v.

FORREST CAPITAL PARTNERS, INC., *et al.*,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiffs Wells Fargo Bank, N.A. and Wells Fargo Advisors, LLC (collectively, "Plaintiffs") and Defendants Forrest Capital Partners, Inc., Forrest Capital and Co., LLC, Weathervane Productions, Inc., WVP Holdings, LLC, Benjamin McConley, and Jason Van Eman (collectively, "Defendants"), by and through their undersigned counsel, that the above-captioned action, and all causes of action therein, be and hereby is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs and Defendants further stipulate that each side shall bear its own attorneys' fees and costs incurred herein.

IT IS SO STIPULATED this 5th day of September, 2017.

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Daniel Mahfood*
R. Eric Bilik (Fla. Bar No. 987840)
ebilik@mcguirewoods.com
Daniel Mahfood (Fla. Bar No. 94879)
dmahfood@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

*/s/ Paul K. Silverberg, Esq.*

Paul K. Silverberg, Esq.
SILVERBERG & WEISS, P.A.
1290 Weston Road, Suite 218
Weston, FL 33326
(954) 384-0998

Tel:  (904) 798-3200  
Fax:  (904) 798-3207

*- and -*

Jarrod D. Shaw (admitted *pro hac vice*)  
jshaw@mcguirewoods.com  
Tower Two-Sixty  
260 Forbes Avenue, Suite 1800  
Pittsburgh, PA  15222  
(412) 667-6000

*Attorneys for Plaintiffs*

(954) 384-5390 (fax)  
Email: Notices@pkslegal.com

*Attorney for Defendants*